UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIAHANN KELLY COOK,<br><br>    Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant. | CASE NUMBER    1:17-cv-02452<br><br>District Judge Robert W. Gettleman<br>Magistrate Judge Michael T. Mason |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AGREEMENT**

NOW COMES Plaintiff DIAHANN KELLY COOK ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") by and through their respective counsel (collectively "Parties"), and in support of their Joint Motion for Entry of Agreed Confidentiality Agreement, state as follows:

1. The Parties have met and conferred, and have agreed that a Confidentiality Agreement is warranted in this case. A copy of the Proposed Agreed Confidentiality Agreement is attached as **Exhibit 1**.

2. The Parties further stipulate and agree that the Proposed Agreed Confidentiality Agreement requested herein is not requested for purposes of delay and will not result in any prejudice to the Parties or to the Court.

3. Further, the instant request is made by the Parties in good faith.

4845-7536-4185.1

WHEREFORE, Plaintiff Diahann Kelly Cook and Defendant Enhanced Recovery Company, LLC, by and through their respective counsel, respectfully requests this Honorable Court to enter an order that effectively adopts the Parties' proposed Agreed Confidentiality Agreement.

DATED: December 20, 2017    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
One of the Attorneys for
Enhanced Recovery Company, LLC
Johner T. Wilson III, Attorney No. 6278797
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
T: 312-345-1718
Email: Johner.Wilson@lewisbrisbois.com

Stephen H. Turner, Esq. (Admitted Pro Hac Vice)
Larissa G. Nefulda, Esq. (Admitted Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900
Email: Stephen.Turner@lewisbrisbois.com
Email: Larissa.Nefulda@lewisbrisbois.com

DATED: December 20, 2017　　　　SULAIMAN LAW GROUP, LTD.

　　　　　　　　　　　　　　　　By:　　*s/ Nathan C. Volheim*
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Nathan C. Volheim
　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　2500 S. Highland Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　(630) 575-8181
　　　　　　　　　　　　　　　　　　　Email: nvolheim@sulaimanlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Diahann Kelly Cook*

## CERTIFICATE OF SERVICE

The undersigned certifies, pursuant to Fed.R.Civ.P. 5 and L.R. 5.5, that a true and correct copy of the foregoing Joint Motion for Entry of Agreed Confidentiality Agreement was filed on December 20, 2017, with the clerk of the court using the CM/ECF system, which will send notice to counsel of record.

>	Nathan C. Volheim
>	Omar Sulaiman
>	Ahmad Tayseer Sulaiman
>	Sulaiman Law Group, Ltd.
>	2500 South Highland Avenue
>	Suite 200
>	Lombard, Illinois 60148
>	T: 630.575.8181
>	nvolheim@sulaimanlaw.com
>	osulaiman@sulaimanlaw.com
>
>	*Attorneys for Plaintiff Diahann Kelly Cook*

Johner T. Wilson III